UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SANDSHARK INC., DUANE MATTIX and SUSAN MATTIX, <br><br>Plaintiffs, <br><br>v. <br><br>JEFF STEININGER, <br><br>Defendant. <br>_____ <br>JEFF STEININGER, <br><br>Counterclaim Plaintiff, <br><br>v. <br><br>SANDSHARK, INC., DUANE MATTIX and SUSAN MATTIX, <br><br>Counterclaim Defendants. | Case No. 3:24-cv-00570-CCB-SJF |

**MOTION TO WITHDRAW APPEARANCE**

Comes now, Shane C. Mulholland and Garrett A. McNamee of the law firm of Burt, Blee, Dixon, Sutton & Bloom, LLP, and pursuant to Rule 83-8(c) of the Local Rules of the United States District Court for the Northern District of Indiana, hereby requests that they be permitted to withdraw as counsel for the Defendant/Counterclaim Plaintiff, Jeff Steininger ("Defendant Steininger"). In support of this Motion, states:

1. On August 7, 2024, Shane C. Mulholland entered his Appearance on behalf of Defendant Steininger. (ECF 14).

2. On August 8, 2024, Garrett A. McNamee entered his Appearance on behalf of Defendant Steininger. (ECF 17).

3. In accordance with Local Rule 83-8(c)(1), on November 11, 2025, the undersigned provided written notice of intent to withdraw, which notice was served or otherwise provided seven (7) days before the filing of this Motion, which notice is attached hereto and filed under seal as Exhibit "A".

4. The undersigned has advised Defendant Steininger of the current case status and court deadlines and has provided Defendant Steininger with a copy of this Court's most recent Scheduling Order. (ECF 49).

5. In accordance with Local Rule 83-8(c)(2), Defendant Steininger's last known contact information is:

>Jeff Steininger
>105 Marbello Court
>Saint Marys, OH 45885-9548
>Cell Phone: (419) 305-0199
>Email: jeffsteininger@hotmail.com

6. The undersigned seeks leave to withdraw as counsel for Defendant Steininger and that said withdraw become effective immediately upon this Court's granting the instant Motion.

7. Defendant Steininger will not be prejudiced by the withdrawal of the undersigned, as there are no scheduled depositions or hearings and no pending motions.

8. In light of the current case schedule, Defendant Steininger has sufficient time to obtain replacement counsel.

WHEREFORE, Shane C. Mulholland and Garrett A. McNamee of the law firm of Burt, Blee, Dixon, Sutton & Bloom, LLP, respectfully requests that they be permitted to withdraw as counsel for Defendant/Counterclaim Plaintiff, Jeff Steininger, and that said withdrawal to become effective upon the date of this Court's Order granting the instant Motion, and for all other appropriate relief.

Respectfully submitted,

/s/ Shane C. Mulholland
Shane C. Mulholland, #20637-57
Garrett A. McNamee, #38272-49
BURT, BLEE, DIXON, SUTTON & BLOOM, LLP
200 East Main Street, Suite 1000
Fort Wayne, IN   46802
Telephone: (260) 426-1300
Facsimile: (260) 422-2722
smulholland@burtblee.com
gmcnamee@burtblee.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served this pleading on Plaintiffs/Counterclaim Defendants, via the CM/ECF system, and upon Defendant/Counterclaim Plaintiff, via United States First Class Mail, as follows:

Jeff Steininger
105 Marbello Court
Saint Marys, OH 45885-9548
Defendant/Counterclaim Plaintiff

John Bradshaw
BRADSHAW LAW LLC
5525 North Meridian Street
Indianapolis, IN 46208
John@JBradshawlaw.com
Attorney for Plaintiffs/Counterclaim Defendants

/s/ Shane C. Mulholland
Shane C. Mulholland